UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA RUBOTTOM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHORE FUNDING SOLUTIONS,<br><br>Defendant. | Case No. 2:23-cv-8124<br><br>CLASS ACTION COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

**INTRODUCTION**

1. As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls.... For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. Am. Ass'n of Political Consultants*, 140 S. Ct. 2335, 2343 (2020).

2. Defendant Shore Funding Solutions Inc. ("Shore Funding") has contributed to this barrage of telephone spam by initiating illegal text messages to Plaintiff Jessica Rubottom ("Rubottom").

3. Rubottom wants this telephone spam to stop. Others do, as well. Shore Funding has already been sued 13 other times for telephone spam, but that has not caused Shore Funding to stop spamming.

4. Rubottom brings this action, individually and on behalf of putative class members, to seek injunctive relief and damages.

**JURISDICTION AND VENUE**

5. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA. 47 U.S.C. § 227.

1

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this district.

## PARTIES

7. Plaintiff Jessica Rubottom is a resident of Surprise, Arizona.

8. Defendant Shore Funding Solutions Inc. is a New York registered corporation, with its principal place of business located in Melville, New York.

## FACTUAL ALLEGATIONS

9. Rubottom's home, phone, and privacy have been invaded by Shore Funding's non-emergency text messages.

10. Rubottom is the residential subscriber of the cell phone number 435-773-8542. Rubottom uses this phone number at home. Rubottom makes and takes personal calls and text messages on this phone number.

11. Rubottom registered the number 435-773-8542 on the National Do Not Call Registry ("DNCR") on May 11, 2017.

12. Shore Funding has initiated text messages to Rubottom at least 15 times from Short Code 97956, including the following:

　　i. **<u>Oct 25, 2021, at 6:06 pm UTCM</u>**
　　　*Need funding? We've got you covered! Get approved and receive funds in under 48 hrs! Click to apply now https://tapit.us/LAc8qG*

　　ii. **<u>Nov 5, 2021, at 3:04 pm UTC</u>**
　　　*(ShoreFunding) Small Biz Loans, Fast Approvals & Next-day Funding Available. Apply Today: https://tapit.us/VcjwcA STOP to end*

　　iii. **<u>Nov 9, 2021, at 5:05 pm UTC</u>**
　　　(ShoreFunding) Small Biz Loans, Fast Approvals & Next-day Funding Available. Apply Today: https://tapit.us/7V7W4J STOP to end

　　iv. **<u>Nov 18, 2021, at 7:06 pm UTC</u>**
　　　*(Shore Funding) Need funding? We've got you covered! Get approved and receive funds in under 48 hrs! Click to apply now https://tapit.us/KKhvs7 STOP to end*

v. **Nov 23, 2021, at 7:12 pm UTC**
   Happy Thanksgiving! Thanks for being a customer, here's rates as low as 3.75%, Fast Approvals & Funding. Click to Apply Now https://tapit.us/0RrF3o STOP to end

vi. **Dec 1, 2021, at 7:07 pm UTC**
   (Shore Funding) Need funding? We've got you covered! Get approved and receive funds in under 48 hrs! Click to apply now https://tapit.us/L2ZL2m STOP to end.

vii. **Dec 16, 2021, at 7:06 pm UTC**
   (Shore Funding) Smart Business Lending, Quick Approvals & Funding. Call us 631-657-8792 or Apply Online: https://tapit.us/z3xL42 STOP to end

viii. **Dec 20, 2021, at 7:05 pm UTC**
   (Shore Funding) Small Biz Loans, Fast Approvals & Next-day Funding Available. Apply Today: https://tapit.us/JcWhfk STOP to end

ix. **Jan 6, 2022, at 5:36 pm UTC**
   (Shore Funding) Small Biz Loans, Fast Approvals & Next-day Funding Available. Apply Today: https://tapit.us/CB26VB STOP to end

x. **Jan 7, 2022, at 4:10 pm UTC**
   (Shore Funding) Smart Business Lending, Quick Approvals & Funding. Call us 631-657-8792 or Apply Online: https://tapit.us/McsqDE STOP to end

xi. **Jan 19, 2022, at 5:10 pm UTC**
   (Shore Funding) Need funding? We've got you covered! Get approved and receive funds in under 48 hrs! Click to apply now https://tapit.us/lFbWsU STOP to end

xii. **Jan 20, 2022, at 5:51 pm UTC**
   (Shore Funding) Need funding? We've got you covered! Get approved and receive funds in under 48 hrs! Click to apply now https://tapit.us/3TQ9gO STOP to end

xiii. **Feb 1, 2022, at 5:43 pm UTC**
   (Shore Funding) Small Biz Loans, Fast Approvals & Next-day Funding Available. Apply Today: https://tapit.us/hYmCCX STOP to end

xiv. **Feb 2, 2022, at 5:37 pm UTC**
   (Shore Funding) Small Biz Loans, Fast Approvals & Next-day Funding Available. Apply Today: https://tapit.us/NdXGIb STOP to end

xv. **Feb 11, 2022, at 4:35 pm UTC**
   (Shore Funding) Small Biz Loans, Fast Approvals & Next-day Funding Available. Apply Today: https://tapit.us/Pif3Ez STOP to end

13. The text messages contain URLs that direct to https://shorefundingsolutions.com, Shore Funding's website home page. This website is owned and controlled by Shore Funding.

14. On this same website's SMS Messaging Terms and Conditions page, Short Code 97956, which is the from number that sent Rubottom all of the messages, is owned and controlled by Shore Funding, indicating that they initiated all the text messages sent to Rubottom. See https://shorefundingsolutions.com/sms-policy.

15. In each of the messages sent to Rubottom, Shore Funding was advertising small business loan products and services with language such as, "Small Biz Loans," "Fast Approvals & Next Day Funding," all consistent with the products and services offered on their own website.

16. On information and belief, Shore Funding initiated the text messages using an automated system that randomly or sequentially generated Rubottom's number.

17. Rubottom never provided the number 435-773-8542 to Shore Funding, never had a relationship with Shore Funding, and never gave permission for Shore Funding to send any type of communication.

18. Shore Funding's text messages are a nuisance and annoyance to Rubottom. The text messages have invaded Rubottom's privacy. The spam has diminished the value of Rubottom's phone and Rubottom's enjoyment of life.

**LEGAL STANDARD**

19. **National Do Not Call Registry**. Residential telephone subscribers who do not want to receive telephone solicitations may place their phone number on the National DNCR. 47 C.F.R. § 64.1200(c)(2). The TCPA proscribes callers from making "any telephone solicitation to… [a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry." 47 C.F.R. § 64.1200(c)(2). Wireless telephone subscribers are allowed to place their number on the DNCR. 47 C.F.R. § 64.1200(e).

20. **Automatic Telephone Dialing System**. The TCPA prohibits text messages to cell phones using an automatic telephone dialing system ("ATDS") except for "emergency purposes" or with the "prior express consent" of the called party. 47 C.F.R. § 64.1200(a)(1). Text

messages that introduce an advertisement or constitute telemarketing require "prior express written consent." 47 C.F.R. § 64.1200(a)(2).

## CLASS ACTION ALLEGATIONS

21. Pursuant to Civ. R. 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure, Rubottom brings this action on behalf of all other persons similarly situated throughout the United States.

22. Rubottom proposes the following Classes:

**The DNCR Class**
All people in the United States (1) to whom Shore Funding initiated more than one telephone solicitation within any 12-month period, (2) to their cellular telephone number, (3) while their phone number was listed on the National Do Not Call Registry, (4) within the last four years from the filing of this action.

**The ATDS Class**
All people in the United States (1) to whom Shore Funding initiated one or more text message to their cellular telephone, (2) using the same equipment or type of equipment utilized to initiate text messages to Rubottom, (3) within the last four years from the filing of this action.

23. Rubottom does not know the exact number of class members but reasonably believes the number to be in the thousands, thus making joinder of all class members impracticable.

24. Class members are identifiable through phone records and phone number databases.

25. There are questions of law and fact common to Rubottom and the class members, including but not limited to:

   i. Whether Shore Funding initiated the text messages;
   ii. Whether Shore Funding's text messages violated the law; and
   iii. Whether Rubottom and class members are entitled to statutory damages, trebled damages, and injunctive relief.

26. Rubottom's claims are typical of the claims of the class members. Rubottom's claims, like the class members' claims, arise out of the same common course of conduct by Shore Funding and are based on the same legal and remedial theories.

27. Rubottom is an adequate representative of the class because Rubottom's interests do not conflict with the interests of the class members, Rubottom will fairly and adequately protect the interests of the class members, and Rubottom is represented by counsel skilled and experienced in class actions, including TCPA class actions.

28. Common questions of law and fact predominate over questions affecting only individual class members.

29. Management of these claims is likely to present significantly fewer difficulties than are presented in many class claims because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

30. The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

## FIRST CAUSE OF ACTION
### Illegal Solicitation of Persons on the DNCR
### (On Behalf of Rubottom and the Do Not Call Class)

31. Shore Funding violated 47 C.F.R. § 64.1200(c)(2) by initiating text messages to Rubottom and members of the DNCR Class while their phone numbers were on the DNCR.

32. Rubottom and members of the DNCR Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

33. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

34. The court should enjoin such violations. *Id.*

## SECOND CAUSE OF ACTION
### Illegal Use of an Automatic Telephone Dialing System
### (On Behalf of Rubottom and the ATDS Class)

35. Shore Funding violated 47 C.F.R. § 64.1200(a)(1)-(2) by using an ATDS to contact Rubottom and members of the ATDS Class.

36. Rubottom and members of the ATDS Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(b)(3).

37. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

38. The court should enjoin such violations. *Id*.

## RELIEF REQUESTED

Rubottom respectfully requests the Court grant the following relief:

A. Certification of the proposed Classes;

B. Appointment of Rubottom as class representative;

C. Appointment of the undersigned as lead counsel for the Classes;

D. Injunctive relief as set forth above;

E. An award of damages to Rubottom and class members, as allowed by law;

F. An award of fees, costs, and interest, as allowed by law; and

G. Orders granting such other relief as the Court deems necessary, just, and proper.

## JURY DEMAND

Rubottom requests a jury trial as to all claims of the Complaint so triable.

DATED October 31, 2023

                                               Respectfully submitted,

*/s/ Michael Hartmere*
Michael Hartmere
LawHQ, PC
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
michael.hartmere@lawhq.com

*Attorney for Plaintiff*