UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA RUBOTTOM, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SHORE FUNDING SOLUTIONS,<br><br>        Defendant. | Case No. 2:23-cv-8124-NJC-ARL<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that Plaintiff Jessica Rubottom ("Plaintiff") has resolved her individual claims against Defendant Shore Funding Solutions. The parties are in the process of finalizing the terms of their settlement agreement, and Plaintiff anticipates filing a Stipulation of Dismissal with Prejudice within approximately 30 days.

DATED March 25, 2024

                                                      Respectfully submitted,

                                                      */s/ Michael Hartmere*
                                                      Michael Hartmere
                                                      LawHQ, P.C.
                                                      299 S. Main St. #1300
                                                      Salt Lake City, UT 84111
                                                      385-285-1090
                                                      michael.hartmere@lawhq.com

                                                      *Attorney for Plaintiff*